IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA
and ARKANSAS DEPARTMENT OF
ENVIRONMENTAL QUALITY                                                    PLAINTIFFS

v.                              Case No. 1:18-cv-1076

GEORGIA PACIFIC CHEMICALS, LLC
and GEORGIA-PACIFIC CONSUMER
OPERATIONS, LLC                                                          DEFENDANTS

## **ORDER**

Plaintiffs filed their Complaint on December 14, 2018. (ECF No. 1). That same day, the United States filed its Notice of Lodging of Consent Decree Pending Solicitation of Public Comment. (ECF No. 4). The Notice indicated that the public comment period would last thirty days. *Id.* Counsel for Defendants entered appearance on January 17, 2019. (ECF No. 5). Counsel for the Arkansas Department of Environmental Quality entered appearance on January 29, 2019. (ECF No. 6). There has been no further activity in this case since January 29, 2019, and the Court is unaware of how the parties wish to proceed. Therefore, the parties are hereby **DIRECTED** to file a joint status report **on or before August 2, 2019**, regarding how they plan to proceed with this case. If the Court does not receive a status report from the parties, the Court will enter a scheduling order and set this matter for trial.

**IT IS SO ORDERED**, this 26th day of July, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge